

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CASE and/or Docket No.: |
|---|---|
| Plaintiff (Petitioner) | 20-01383 |
| vs. | Sheriff's Sale Date: |
| JESTINA E CRAWLEY | |
| Defendant (Respondent) | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** COMPLAINT

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JESTINA E CRAWLEY the above process on 2/28/2022, at 6:51 PM, at 602 N. 57TH ST. PHILADELPHIA, PA 19131, County of PHILADELPHIA, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Individual** - By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 5ft 4in - 5ft 7in  Weight 251 lbs - 270 lbs  Race BLACK  Sex FEMALE
             Hair Black

Commonwealth/State of PENNSYLVANIA    ) SS:
County of  Berk                        )

Before me, the undersigned notary public, this day, personally, appeared SHANNON BECKIER to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 3 day of MAR, 2022

_____
Notary Public

File Number: USA-203711
Case ID #:  6331884

Commonwealth of Pennsylvania - Notary Seal
Eric M. Afflerbach, Notary Public
Berks County
My commission expires November 18, 2025
Commission number 1000860