UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff<br><br>v.<br><br>Jestina E Crawley,<br>      Defendant | No. 20-01383 |

**CERTIFICATION OF SERVICE**

I, Rebecca A. Solarz, Esquire, of KML Law Group, P.C., specially appointed counsel for the United States of America, on behalf of its Agency, the Department of Treasury, do hereby certify:

1. On _3/23/2022_, I mailed by certified mail, return receipt requested and also by regular mail to Defendant, Jestina E Crawley, an envelope containing the Requests for Default, Request for Default Judgment, Affidavits in Support, and the Affidavit of Non-Military Service Under the Soldiers' and Sailors' Relief Act, with all attachments thereto, upon Defendant at the address at which she was served with the complaint in this action:

Jestina E Crawley
602 N. 57th St.
Philadelphia, PA 19131

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

             By: /s/Rebecca A. Solarz, Esq.
             Rebecca A. Solarz, Esquire
             Pennsylvania Attorney I.D. No. 315936
             701 Market Street, Suite 5000
             Philadelphia, PA  19106-1532
             Phone:  215-825-6327
             RSolarz@kmllawgroup.com