## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*, | : | |
| | | CIVIL ACTION |
| v. | : | NO. 20-1383 |
| JESTINA E CRAWLEY<br>*Defendant*. | : | |

**ORDER**

AND NOW, this 4th day of April, 2022, it appearing by Affidavit of Plaintiff United States of America, on behalf of its Agency, the Department of Treasury, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the court on Wednesday, March 11, 2020 and, after service of process on Defendant Jestina E Crawley on February 28, 2022, no appearance, answer or other defense has been served or filed by or on behalf of Defendant, Jestina E. Crawley. Accordingly, JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF, United States of America, on behalf of its Agency, the Department of Treasury, and AGAINST DEFENDANT, Jestina E Crawley.

It is FURTHER ORDERED that this matter be REFERRED to United States Magistrate Judge Lynne A. Sitarski for an Assessment of Damages.[1]

---

[1] Plaintiff filed it Complaint in this case on March 11, 2020. (ECF No. 1.) Summons were issued that day; however, the Complaint was not served. On April 2, 2020, counsel for Plaintiff filed a Praecipe to Reissue Summons, which the Clerk of Court executed on April 9, 2020. (ECF No. 2.) Again, the Complaint was not immediately served. Instead, Plaintiff waited **nearly two years** to serve its Complaint upon Defendant. (ECF No. 3.) Plaintiff now seeks to recover

BY THE COURT:

/s/  C. Darnell Jones, II     J.

---

interest that has accrued over the two years it waited before serving the Complaint upon Defendant.  Accordingly, in light of the request to reissue Summons and the delay that ensued thereafter, the amount requested in Plaintiff's Motion for Default Judgment must be adjusted and the costs of litigation must be determined.