IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.:   20-cv-1383 |
| | : | |
| JESTINA E. CRAWLEY, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this __20TH__ day of April, 2022, IT IS HEREBY ORDERED that a HEARING shall be conducted on Tuesday, May 24, 2022, at 1:30 P.M. to determine Plaintiff's damages.[1]  The hearing will take place in Courtroom 3-E at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiff's counsel is ORDERED to effectuate service of this Order on Defendant within 7 days of the date of this Order, and to file an Affidavit of Service within 10 days of the date of this Order.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1]  By Order dated April 4, 2022, the Honorable C. Darnell Jones, II referred this matter to the undersigned for an assessment of damages as to Plaintiff's Motion for Default Judgment. (Doc. No. 8).