

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (Petitioner)<br>vs.<br>JESTINA E CRAWLEY<br>Defendant (Respondent) | CASE and/or Docket No.:<br>20-01383<br>Sheriff's Sale Date: |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** ORDER

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JESTINA E CRAWLEY the above process on 4/25/2022, at 6:01 PM, at 602 N. 57TH ST. PHILADELPHIA, PA 19131, County of PHILADELPHIA, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Substitute** - By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no family member was found*

Name: REFUSED NAME
Relationship/Title/Position: CO-RESIDENT
Remarks: 04/25/2022 06:01:00 PM - CO-RESIDENT WAS AGGRESSIVE TOWARDS SERVER. HE CAME OUT OF THE HOUSE YELLING IN SERVER'S FACE. HE STATED THAT COMING TO THEIR HOUSE IS HARASSMENT AND HE INTENDS ON PURSUING A LAWSUIT. HE INFORMED SERVER THAT "THERE IS NO MONEY HERE, AND THEY DON'T NEED ANY FURTHER DOCUMENTS." HE INSTRUCTED SERVER NEVER TO RETURN TO THE PROPERTY AGAIN. HIGHLY AGITATED AND AGGRESSIVE. SERVER EXPLAINED THAT THIS WAS AN ORDER REGARDING A HEARING. SERVICE WAS LEFT WITH CO-RESIDENT HE WAS SCREAMING AT SERVER AND AT THIS POINT KICKING AROUND THE ORDER AS SERVER LEFT THE PREMISES.
Description: Approximate Age <u>51-55</u>  Height <u>5ft 8in - 5ft 11in</u>  Weight <u>151 lbs - 170 lbs</u>  Race <u>BLACK</u>  Sex <u>MALE</u>
   Hair <u>Black</u>

Commonwealth/State of PENNSYLVANIA      ) SS:
County of _<u>Berks</u>_                 )

Before me, the undersigned notary public, this day, personally, appeared SHANNON BECKIER to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this <u>26</u> day of <u>April</u>, 20<u>22</u>.

_____
Notary Public

> Commonwealth of Pennsylvania - Notary Seal
> Eric M. Afflerbach, Notary Public
> Berks County
> My commission expires November 18, 2025
> Commission number 1000860

File Number: USA-203711



Case ID #: 6383254