UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>Jestina E Crawley<br><br>Defendant | CIVIL NO.  20-01383 |

**CERTIFICATE OF SERVICE**

    I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order  has been served by first class mail, postage pre-paid, upon the parties listed below on April 27, 2022.

Jestina E Crawley
602 N. 57th St.
Philadelphia, PA 19131

    Respectfully submitted,

    KML Law Group, P.C.

    By: /s/Rebecca A. Solarz, Esq.
    Rebecca A. Solarz, Esquire
    Suite 5000
    701 Market Street
    Philadelphia, PA  19106-1532
    (215) 825-6327