# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.:   **20-cv-1383** |
| | : | |
| **JESTINA E. CRAWLEY,** | : | |
| **Defendant.** | : | |

## ASSESSMENT OF DAMAGES

**LYNNE A. SITARSKI**
**UNITED STATES MAGISTRATE JUDGE**                                         **May 25, 2022**

By Order dated April 4, 2022, the Honorable C. Darnell Jones entered an Order of Default in favor of Plaintiff and against Defendant, Jestina E. Crawley, and referred the matter to me for an Assessment of Damages. (ECF No. 8). By Order dated April 20, 2022, I set this matter down for an Assessment of Damages hearing to be held on May 24, 2022, at 2:30 p.m., and directed counsel for Plaintiff to serve a copy of that Order on Defendant. (ECF No. 9). Counsel for Plaintiff filed an Affidavit of Service on April 28, 2022. (ECF No. 10).

The Assessment of Damages hearing took place on May 24, 2022. Plaintiff, United States of America, on behalf of its Agency, the Department of Treasury, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, appeared at the hearing. Defendant did not appear. Counsel for Plaintiff submitted a Certificate of Indebtedness at the hearing, establishing that the amount of damages owed currently totals $5,884.12, inclusive of principal and interest accrued to date. Absent defendant offered no exhibits or evidence.

Accordingly, **DAMAGES IN THE AMOUNT OF $5,884.12** are assessed in favor of Plaintiff, United States of America, on behalf of its Agency, the Department of Treasury, and against Defendant, Jestina E. Crawley. This Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge