IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, Plaintiff, | CIVIL ACTION |
|---|---|
| v. | |
| JESTINA E. CRAWLEY, Defendant. | NO. 20-1383 |

**O R D E R**

**AND NOW**, this 17th day of November, 2022, United States Magistrate Judge Lynne A. Sitarski having issued an Assessment of Damages dated May 25, 2022, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. C. Darnell Jones II

JONES II, C. DARNELL, J.